```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RYAN O'DELL,                                          :
                                                      :
                            Plaintiff,                :
            -against-                                 :
                                                      :        23-CV-4971 (VEC)
ARCONIC CORPORATION, FREDERICK A.                     :
HENDERSON, WILLIAM F. AUSTEN,                         :
CHRISTOPHER L. AYERS, MARGARET S.                     :
BILLSON, JACQUES CROISETIERE, ELMER L.                :
DOTY, CAROL S. EICHER, ELLIS A. JONES,                :
TIMOTHY D. MYERS, E. STANLEY O'NEAL,                  :
and JEFFREY STAFEIL,                                  :
                                                      :
                            Defendants.               :
------------------------------------------------------------- X

------------------------------------------------------------- X
ELAINE WANG,                                          :
                                                      :
                            Plaintiff,                :
            -against-                                 :
                                                      :        23-CV-5091 (VEC)
ARCONIC CORPORATION, FREDERICK A.                     :
HENDERSON, WILLIAM F. AUSTEN,                         :
CHRISTOPHER L. AYERS, MARGARET S.                     :
BILLSON, JACQUES CROISETIERE, ELMER L.                :
DOTY, CAROL S. EICHER, ELLIS A. JONES,                :
TIMOTHY D. MYERS, E. STANLEY O'NEAL,                  :
and JEFFREY STAFEIL,                                  :
                                                      :
                            Defendants.               :
------------------------------------------------------------- X

```
---------------------------------------------------------------X
STEPHEN BUSHANKY,                                      :
                                                       :
                                Plaintiff,             :
                -against-                              :
                                                       :    23-CV-5167 (VEC)
ARCONIC CORPORATION, WILLIAM F.                        :
AUSTEN, CHRISTOPHER L. AYERS,                          :
MARGARET S. BILLSON, JACQUES                           :
CROISETIERE, ELMER L. DOTY, CAROL S.                   :
EICHER, FREDERICK A. HENDERSON, ELLIS                  :
A. JONES, TIMOTHY D. MYERS, E. STANLEY                 :
O'NEAL, and JEFFREY STAFEIL,                           :
                                                       :
                                Defendants.            :
---------------------------------------------------------------X


---------------------------------------------------------------X
ROBERT WILLIAMS,                                       :
                                                       :
                                Plaintiff,             :
                -against-                              :
                                                       :    23-CV-5235 (VEC)
ARCONIC CORPORATION, FREDERICK A.                      :
HENDERSON, WILLIAM F. AUSTEN,                          :
CHRISTOPHER L. AYERS, MARGARET S.                      :
BILLSON, JACQUES CROISETIERE, ELMER L.                 :
DOTY, CAROL S. EICHER, ELLIS A. JONES,                 :
TIMOTHY D. MYERS, E. STANLEY O'NEAL,                   :
and JEFFREY STAFEIL,                                   :
                                                       :
                                Defendants.            :
---------------------------------------------------------------X
```

2

```
---------------------------------------------------------------X
ZAHAVA ROSENFELD,                              :
                                               :
                              Plaintiff,       :
               -against-                       :
                                               :         23-CV-5313 (VEC)
ARCONIC CORPORATION, WILLIAM F.                :
AUSTEN, CHRISTOPHER L. AYERS,                  :
MARGARET S. BILLSON, JACQUES                   :
CROISETIERE, ELMER L. DOTY, CAROL S.           :
EICHER, FREDERICK A. HENDERSON, ELLIS          :
A. JONES, TIMOTHY D. MYERS, E. STANLEY         :
O'NEAL, and JEFFREY STAFEIL,                   :
                                               :
                              Defendants.      :
---------------------------------------------------------------X


---------------------------------------------------------------X
THOMAS A. LASKARIS,                            :
                                               :
                              Plaintiff,       :
               -against-                       :
                                               :         23-CV-5461 (VEC)
ARCONIC CORPORATION, WILLIAM F.                :
AUSTEN, CHRISTOPHER L. AYERS,                  :
MARGARET S. BILLSON, JACQUES                   :
CROISETIERE, ELMER L. DOTY, CAROL S.           :
EICHER, FREDERICK A. HENDERSON, ELLIS          :
A. JONES, TIMOTHY D. MYERS, E. STANLEY         :
O'NEAL, and JEFFREY STAFEIL,                   :
                                               :
                                               :
                              Defendants.      :
---------------------------------------------------------------X
```

## **ORDER**

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 19, 2023, Plaintiffs O'Dell and Wang submitted notices of voluntary dismissal in the cases numbered 23-CV-4971 and 23-CV-5091.

3

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to CLOSE the cases numbered 23-CV-4971 and 23-CV-5091.

IT IS FURTHER ORDERED that, not later than **July 27, 2023,** Plaintiffs must show cause why the remaining cases should not be dismissed or file a notice of voluntary dismissal as to the remaining cases. Plaintiffs are encouraged to file their responses jointly to the extent possible.

**SO ORDERED.**

Date: July 25, 2023  
New York, New York

**VALERIE CAPRONI**  
**United States District Judge**